BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP RANDHAWA, | Case No.: 1:13-cv-1896 LJO GSA |
| Plaintiff, | |
| v. | **Joint Stipulation re: Remand Pursuant to 8 U.S.C. § 1447(b) and Order Remanding Case Pursuant to 8 U.S.C. § 1447(b)** |
| JONATHAN CRAWFORD, et. al, | |
| Defendant. | **Order Directing the Clerk of Court to Close this Case** |
| | **(Doc. 16)** |

This is an immigration case in which Plaintiff alleges that Defendants United States Citizenship and Immigration Services (USCIS) has failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). Defendants have filed a motion requesting remand for the purpose of adjudication; plaintiff initially opposed that motion, but both parties now stipulate to remand to USCIS with instructions to adjudicate the matter within 15 days of the order of remand.

In the event the adjudication is a denial of naturalization, the parties as well stipulate that jurisdiction will revert to this Court pursuant to 8 U.S.C. § 1421(c). The parties will promptly file a status report in such event.

1

Dated: April 25, 2014               Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Audrey B. Hemesath
                                    AUDREY B. HEMESATH
                                    Assistant U.S. Attorney


DATED: April 25, 2014               Respectfully submitted,


                                    /s/ James Makasian
                                    James Makasian
                                    Attorney for the Plaintiff


**ORDER**

Based on the stipulation of the parties set forth above, the Court remands this matter to the United States Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b). USCIS is ordered to adjudicate Plaintiff Amandeep Randhawa's naturalization application within 15 days from the date of this order. 8 U.S.C. § 1421(c) shall apply in the event that the adjudication upon remand is a denial of naturalization. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **May 8, 2014**                  /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2